IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01083-KLM

JANALE FLORES,

    Plaintiff,

v.

SOLERA SENIOR MANAGEMENT EMPLOYER, LLC, AND SOLERA SENIOR MANAGEMENT LLC, A DELAWARE LIMITED LIABILITY COMPANY

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Joint Motion to Dismiss with Prejudice** [#6] ("Motion"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Motion [#6] is signed by counsel for all parties of record,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each Party to bear their own costs and attorney fees. The Clerk of Court shall close this case.

    Dated: June 3, 2022